IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PABLO PATTERSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WARDEN AND HOUSING SUPERVISOR,<br><br>　　　　Defendants. | Case No. 1:12-cv-01948 JLT  (PC)<br><br>**ORDER DENYING MOTION FOR DISCOVERY**<br><br>(Doc. 4) |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 30, 2012, Plaintiff filed a motion to for "discovery of CDCR records."  (Doc. 4).  In his motion, Plaintiff asks the Court to order the California Department of Corrections to provide various records relating to the incident that occurred on July 16, 2009.  (Doc. 4 at 2).

Plaintiff filed his complaint less than a month ago.  The Court has yet to screen the complaint and the Defendants have not been served.  Notably, the CDCR is not a defendant in this case.[1]  Once these events occur, the Court will issue a discovery and scheduling order authorizing Plaintiff to propound discovery requests.

Accordingly, it is HEREBY ORDERED that Plaintiff's November 30, 2012 motion for

---

[1] Moreover, due to Eleventh Amendment protections, it could not be a Defendant in this case.

1

discovery (Doc. 4) is **DENIED** as premature.

IT IS SO ORDERED.

Dated:   **December 13, 2012**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE