# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PABLO PATTERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN, et al.,<br><br>        Defendants. | **Case No. 1:12-cv-01948-JLT (PC)**<br><br>**ORDER DENYING PLAINTIFF'S REQUESTS FOR ENTRY OF DEFAULT**<br><br>**(Docs. 25, 26)** |

    Plaintiff, James Pablo Patterson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 30, 2012 (Doc. 1) and is proceeding on his claims in the Second Amended Complaint for deliberate indifference to Plaintiff's safety under the Eighth Amendment against Defendants Warden C. Lawless, Sergeant Finegan, and Correctional Officers S. Corona and R. Borbon (Doc. 21). Since Plaintiff is proceeding in forma pauperis, the order directing the United States Marshal Service (USMS) to serve the Second Amended Complaint on Defendants issued on November 5, 2013. (Doc. 22.) On December 16, 2013 and January 2, 2013 Plaintiff filed requests for entry of default against all Defendants in which he argues that Defendants were served on November 5, 2013 such that their responses to the Second Amended Complaint are tardy. (Docs. 25, 26.)

    November 5, 2013 was the date that documents were sent to the USMS for service on Defendants. (Doc. 24.) Service was not made on any of the defendants on that date. Rule 4 of

the Federal Rules of Civil Procedure require that waivers of service of summons be attempted on all defendants located in the United States to reduce litigation costs.  This is the first steps toward service taken by the USMS in any case, and in this case, all four Defendants have filed executed waivers of service of summons.  (Docs. 27, 29.)  Further, counsel for Defendants has filed a motion for an extension of time to file a responsive pleading, which was granted such that Defendants' responsive filings are not due until approximately March 9, 2014.  (Docs. 28, 30.)  Thus, entry of default is not appropriate as to any of the Defendants.

Accordingly, it is HEREBY ORDERED that Plaintiff's requests for entry of default, filed December 16, 2013 and January 2, 2014 (Docs. 25, 26), are **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:   **February 27, 2014**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE