# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PABLO PATTERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN, et al.,<br><br>　　　　Defendants. | Case No. **1:12-cv-01948-JLT (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE**<br><br>**(Doc. 76)** |

　　　　Plaintiff, James Pablo Patterson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 30, 2012 (Doc. 1) and is proceeding on the Second Amended Complaint on claims of deliberate indifference to Plaintiff's safety under the Eighth Amendment against Defendants Warden C. Lawless, Sergeant Finegan, and Correctional Officers S. Corona and R. Borbon (Docs. 21, 22).

　　　　On June 22, 2015, Plaintiff filed a motion requesting this action be referred for settlement conference. (Doc. 76.) Defendants recently replied that they do not believe a settlement conference would be beneficial at this time, but that it may be productive at a later stage in the litigation. (Doc. 79.) The Court will not expend its limited resources on a settlement conference where both sides do not believe it would be beneficial to do so.

///

///

1

Accordingly, it is HEREBY ORDERED, that Plaintiff's motion to refer the case for settlement, filed June 22, 2015 (Doc. 76), is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __**July 24, 2015**__                    _____**/s/ Jennifer L. Thurston**_____
                                                                UNITED STATES MAGISTRATE JUDGE