# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PABLO PATTERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>WARDEN, et al.,<br><br>  Defendants. | Case No. 1:12-cv-01948-JLT (PC)<br><br>**ORDER CLARIFYING ORDER GRANTING AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL**<br><br>**(Doc. 81)**<br><br>**30-DAY DEADLINE** |

Plaintiff, James Pablo Patterson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On August 20, 2015, an order issued granting in part and denying in part Plaintiff's motion to compel further responses to his propounded requests for production. (Doc. 81.) Due to clerical error, that order inadvertently failed to state a deadline for production of items on which Plaintiff's motion to compel was granted. Accordingly, the Court ORDERS Defendants to serve all documents/items upon which Plaintiff's motion to compel was granted, as identified in the order that issued on August 20, 2015 (Doc. 81).

IT IS SO ORDERED.

   Dated:   **August 26, 2015**               /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE