# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PABLO PATTERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN AND HOUSING SUPERVISOR, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-01948-DAD-JLT (PC)<br><br>**ORDER DENYING DEFENDANTS' MOTION TO VACATE THE SCHEDULING ORDER, BUT GRANTING EXTENDING THE DISPOSITIVE MOTION FILING DEADLINE**<br><br>**(Doc. 99)**<br><br>Dispositive Motion Deadline − 06/15/2016 |

　　　　On March 30, 2016, Defendants filed a motion seeking to vacate the current scheduling order, or that the Court extend the dispositive motion filing deadline until 60 days after the date of the order denying their request to vacate.  (Doc. 99.)

　　　　Defendants properly note that the second order modifying the scheduling order required dispositive motions to be filed on or before March 31, 2016.  (Doc. 87.)  That same order allowed amended pleadings to be filed on or before December 12, 2015.  (*Id.*)  Plaintiff timely filed a motion to amend which was granted and ordered that the lodged Third Amended Complaint be filed on February 25, 2015.  (Docs. 91, 92, 94, 95.)  The Court also issued findings and recommendation to allow Plaintiff to proceed only against Defendant Officers S. Corona and R. Borbon for deliberate indifference to Plaintiff's safety in violation of the Eighth Amendment and to dismiss all other claims and Defendants issued on February 25, 2015.  (Doc. 96.)  Plaintiff filed objections and the issue presently awaits review by the assigned District Judge.  (Docs. 97, 98.)

While these events provide good cause to extend the dispositive motion deadline, they do not amount to good cause to entirely vacate the scheduling order.

Accordingly, it is HEREBY ORDERED that while Defendants' motion to vacate the scheduling order, filed on March 30, 2016 (Doc. 99), is DENIED, their request to extend the dispositive motion filing deadline is GRANTED and the deadline to file dispositive motions is June 15, 2016.

IT IS SO ORDERED.

Dated:   **March 30, 2016**                         **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE